**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Patricia D Vidal<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–6125<br>EIN   \_ \_–\_ \_ \_ \_ \_ \_ \_ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   \_ \_ \_ \_<br>EIN   \_ \_–\_ \_ \_ \_ \_ \_ \_ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 17–29559–JKS | |

# Order of Discharge   12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Patricia D Vidal

12/29/17                                               **By the court:**   John K. Sherwood
                                                                                          United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318    **Order of Discharge**    page 2

```
                        United States Bankruptcy Court
                             District of New Jersey
```

In re:                                                          Case No. 17-29559-JKS
Patricia D Vidal                                                Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2           User: admin              Page 1 of 1            Date Rcvd: Dec 29, 2017
                               Form ID: 318             Total Noticed: 20

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 31, 2017.
db             +Patricia D Vidal,    760 Morton Street,     East Rutherford, NJ 07073-1609
517088454      +Comenitybk/nyrk&com,    220 W Schrock Rd,     Westerville, OH 43081-2873
517088456      +Comenitybk/victoriasec,     Po Box 182789,    Columbus, OH 43218-2789

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Dec 29 2017 22:59:45      U.S. Attorney,   970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 29 2017 22:59:41      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517088449       EDI: BANKAMER.COM Dec 29 2017 22:38:00      Bk Of Amer,    Po Box 982238,    El Paso, TX 79998
517088450       EDI: CAPITALONE.COM Dec 29 2017 22:38:00      Capital One,    15000 Capital One Dr,
                 Richmond, VA 23238
517088451      +EDI: CHASE.COM Dec 29 2017 22:38:00      Chase Card,    Po Box 15298,    Wilmington, DE 19850-5298
517088452      +EDI: WFNNB.COM Dec 29 2017 22:38:00      Comenity Bank/express,    Po Box 182789,
                 Columbus, OH 43218-2789
517088453      +EDI: WFNNB.COM Dec 29 2017 22:38:00      Comenity Bank/pier 1,    4590 E Broad St,
                 Columbus, OH 43213-1301
517088457      +E-mail/Text: electronicbkydocs@nelnet.net Dec 29 2017 22:59:48      Dept Of Education/neln,
                 121 S 13th St,    Lincoln, NE 68508-1904
517088458      +EDI: DISCOVER.COM Dec 29 2017 22:38:00      Discover Fin Svcs Llc,    Po Box 15316,
                 Wilmington, DE 19850-5316
517088459      +EDI: TSYS2.COM Dec 29 2017 22:38:00      Dsnb Macys,    Po Box 8218,    Mason, OH 45040-8218
517088460      +EDI: CBSKOHLS.COM Dec 29 2017 22:38:00      Kohls/chase,    N56 W 17000 Ridgewood Dr,
                 Menomonee Falls, WI 53051-7096
517088461      +E-mail/Text: electronicbkydocs@nelnet.net Dec 29 2017 22:59:48      Nelnet Lns,
                 3015 S Parker Rd,    Aurora, CO 80014-2904
517088462      +E-mail/Text: bnc@nordstrom.com Dec 29 2017 22:59:09      Nordstrom Fsb,    13531 E Caley Ave,
                 Englewood, CO 80111-6505
517088463      +EDI: RMSC.COM Dec 29 2017 22:38:00      Syncb/banana Rep,    Po Box 965005,
                 Orlando, FL 32896-5005
517088464      +EDI: RMSC.COM Dec 29 2017 22:38:00      Syncb/gap,    Po Box 965005,    Orlando, FL 32896-5005
517088465      +EDI: RMSC.COM Dec 29 2017 22:38:00      Syncb/jcp,    Po Box 965007,    Orlando, FL 32896-5007
517088466       EDI: TFSR.COM Dec 29 2017 22:38:00      Toyota Motor Credit,    4 Gatehall Dr Ste 350,
                 Parsippany, NJ 07054
                                                                                              TOTAL: 17

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517088455       Comenitybk/victoriasec
                                                                                              TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 31, 2017                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 29, 2017 at the address(es) listed below:
              Barbara    Edwards    bedwardstrustee@aol.com, NJ48@ecfcbis.com
              Denise E.   Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Lazaro    Carvajal    on behalf of Debtor Patricia D Vidal lazaro@carvajallaw.com
              Rebecca Ann   Solarz    on behalf of Creditor    Toyota Motor Credit Corporation
               rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 5
```